# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: <u>19-CR-20835-001</u>
:
<u>FOSTER, Jerome A.</u> :

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

- ☒ No credit for March 20, 2025, through April 16, 2025. Program participation suspended.
- ☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____
- ☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
- ☐ Travel restricted as follows: _____
- ☐ Increased drug testing as follows: _____
- ☐ Participation in drug, alcohol, or mental health treatment.
- ☐ Complete _____ hours community service as directed.
- ☐ Comply with the following curfew restrictions or home confinement: _____
- ☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- ☐ Serve _____ days in jail, to be released on _____
- ☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>May 15, 2025</u> at the U.S. Courthouse in the <u>Eastern District of Michigan</u>.

Dated this <u>17th</u> day of <u>April 2025</u>.

_____
United States District Judge